**DEGNAN HORNE**
Mark W. Horne (AZ SBN 029449)
4105 N. 20th Street, Suite 220
Phoenix, Arizona 85016
(602) 266-0531
m.horne@degnanlawaz.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas Wright, an individual, | Case No. 2:23-CV-00407-GMS-CDB |
| Plaintiff, | **PLAINTIFF'S NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT OR ORDER OF DISTRICT COURT** |
| v. | |
| Andrew Neves and Spouse Neves, a married couple, Sabrina Liban and Spouse Liban, a married couple, Laura Johnson and Spouse Johnson, a married couple, and City of Gilbert, a municipality, John and Jane Does 1-10, Black and White Companies I-X, | |
| Defendants. | |

Notice is hereby given Douglas Wright, the Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the 9th Circuit from the Judgment In a Civil Case [Doc No. 78] entered into this action on April 3, 2026.

**DATED** this 29th day of April, 2026.

**DEGNAN HORNE**


/s/ Mark Horne,
Mark W. Horne, Esq.
*Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of April, 2026 I electronically submitted the foregoing document and any attachments to the Clerk's Office of the U.S. District Court for the District of Arizona using the CM/ECF System for filing and a copy was sent by email to the following party(ies) registered with the Court's CM/ECF System:

**Grasso Law Firm PC**
Attn:  Robert Grasso, Jr.
Pamela L. Judd
3075 West Ray Road, Suite 110
Chandler, Arizona 85226
rgrasso@grassolawfirm.com
pjudd@grassolawfirm.com

By: /s/ Kristine Berry

2